# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Fred Schulte, et al., | \| |
| Plaintiffs, | \| |
| v. | \|  Civil Action No. 14-887 (JDB) |
| | \|  ECF |
| U.S. Department of Health and Human Services, | \| |
| Defendant. | \| |

## DECLARATION OF SERVICE

My name is Peter Newbatt Smith. I am over eighteen years of age. I am employed by a Plaintiff, but I am not a party, in the case captioned above.

On May 28, 2014, at approximately 3:15 p.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint in this case and a Summons addressed to the U.S. Attorney for the District of Columbia, to an employee who identified herself to me as Sharon Lee, and who indicated she was authorized to accept them on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on __[May 28, 2014]__ .

_____/S/_____
Peter Newbatt Smith