UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED SCHULTE,<br>1910 17TH Street N.W. 7th Floor<br>Washington, D.C. 20006-2606,<br><br>CENTER FOR PUBLIC INTEGRITY<br>1910 17TH Street N.W. 7th Floor<br>Washington, D.C. 20006-2606,<br><br>   **Plaintiffs,**<br><br>v.<br><br>UNITED STATES DEPARTMENT OF,<br>HEALTH AND HUMAN SERVICES,<br><br>   **Defendant.** | C.A. No. 14-887 (JDB) |

**CONSENT MOTION FOR THIRD EXTENSION OF TIME
IN WHICH TO RESPOND TO COMPLAINT**

In conformity with Federal Rule of Civil Procedure 6(b)(1), Defendant, the United States Department of Health and Human Services, through the undersigned counsel, moves this Court for a 30-day enlargement of time up to and including September 25, 2014, in which to file an Answer or otherwise respond to the Complaint. Under this Court's prior Order, Defendant's Answer is currently due on August 26, 2014.

Good cause supports the Motion and counsel for Plaintiffs has consented to it. Plaintiffs challenge the failure of Defendant to disclose records under the Freedom of Information Act. It is likely that responding to this FOIA request will entail an extensive search and identify many responsive records. The parties are continuing discussions to assure the timely processing of the

FOIA request. Granting the requested extension will permit the orderly production of responsive records pursuant to the parties' agreement. For these reasons, Defendant respectfully asks that this Court grant an enlargement of time up to and including August 26, 2014 in which to answer or otherwise respond to the Complaint.

August 26, 2014                               Respectfully submitted,

                                              RONALD C. MACHEN JR., D.C. BAR #447889
                                              United States Attorney
                                              DANIEL F. VAN HORN, D.C. Bar # 924092
                                              Chief, Civil Division


                                      By:     /s/   Peter R. Maier
                                              PETER R. MAIER, D.C. Bar # 966242
                                              Special Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2578
                                              Peter.Maier2@usdoj.gov

## Certificate of Service

I hereby certify that I caused a copy of the foregoing Consent Motion For Second Extension of Time to be served upon the following persons by the ECF system to:

>Peter Newbatt Smith
>CENTER FOR PUBLIC INTEGRITY
>1910 17th Street N.W. 7th Floor
>Washington, D.C. 20006-2606

on this 26th day of August, 2014.

>      /s/    Peter R. Maier
>PETER R. MAIER, D.C. Bar # 966242
>Special Assistant United States Attorney
>555 4th St., N.W.
>Washington, D.C. 20530
>(202) 252-2578
>Peter.maier2@usdoj.gov