UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRED SCHULTE, <br> 1910 17TH Street N.W. 7th Floor <br> Washington, D.C. 20006-2606, <br><br> CENTER FOR PUBLIC INTEGRITY <br> 1910 17TH Street N.W. 7th Floor <br> Washington, D.C. 20006-2606, <br><br> **Plaintiffs,** <br><br> v. <br><br> UNITED STATES DEPARTMENT OF, <br> HEALTH AND HUMAN SERVICES, <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br> C.A. No. 14-887 (JDB) |

**MOTION FOR LEAVE TO FILE OUT OF TIME MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO COMPLAINT**

In conformity with Federal Rule of Civil Procedure 6(b)(1), Defendant, the United States Department of Health and Human Services, through the undersigned counsel, moves this Court for a 30-day enlargement of time up to and including February 28, 2015, in which to file an Answer or otherwise respond to the Complaint. Under this Court's prior Order, Defendant's Answer was due on January 26, 2015.  As discussed below, this motion is being filed out of time due to excusable neglect, and good cause supports the motion for additional time. Counsel for Defendant does not consent to this motion.

Plaintiffs challenge the failure of Defendant to disclose records under the Freedom of Information Act. Responding to this FOIA request has entailed an extensive search, which is still

in progress. When completed, the search is likely to identify thousands of responsive records.

On January 16, 2015, Defendant made its first interim response to the FOIA request by producing 1,144 pages of responsive records. On January 26, 2015, counsel for Plaintiffs informed counsel for Defendant that Plaintiffs were dissatisfied with that initial production. Defendant responded by telling Plaintiff's counsel that it would investigate Plaintiff's complaints and respond to them within a few days.

Although Counsel for Defendant contacted Plaintiff's counsel on January 26, 2015 to offer assistance in resolving Plaintiff's concerns about the initial production of records, counsel overlooked the January 26 deadline for filing the Answer or other initial response to the Complaint. Government counsel regrets and apologizes for his failure to learn of the deadline until January 28, 2015. Government counsel delayed filing a motion for extension of time by one additional day in order to try to address the concerns of Plaintiff's counsel, which might enable Plaintiff to consent to this extension motion. After confirming today that Plaintiff would not consent to the motion for extension of time, Defendants now move for an extension of time.

The agency is continuing its efforts to locate and process all responsive records. HHS intends to produce additional records, including internal e-mails responsive to Plaintiff's FOIA request, by March 1, 2015. Granting the requested extension will facilitate the orderly production of responsive records.

For these reasons, Defendant respectfully asks that this Court grant an enlargement of time up to and including February 28, 2015 in which to answer or otherwise respond to the Complaint.

January 29, 2015                                  Respectfully submitted,

                                          RONALD C. MACHEN JR., D.C. BAR #447889
                                          United States Attorney
                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Chief, Civil Division

By:     /s/    Peter R. Maier
       PETER R. MAIER, D.C. Bar # 966242
       Special Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       (202) 252-2578
       Peter.Maier2@usdoj.gov

### Certificate of Service

I hereby certify that I caused a copy of the foregoing Motion For Leave To File Out of Time Motion for Extension of Time to be served upon the following persons by the ECF system to:

>Peter Newbatt Smith
>CENTER FOR PUBLIC INTEGRITY
>1910 17th Street N.W. 7th Floor
>Washington, D.C. 20006-2606

on this 29th day of January, 2015.

      /s/    Peter R. Maier
PETER R. MAIER, D.C. Bar # 966242
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-2578
Peter.maier2@usdoj.gov