**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRED SCHULTE, et al.,**<br><br>      **Plaintiffs,**<br><br>           **v.**<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>      **Defendant.** | **Civil Action No. 14-887 (JDB)** |

## ORDER

The Court has reviewed the parties' proposed briefing schedules in this FOIA action. Plaintiffs' request seeks a very extensive volume of documents, and requires the processing of even greater quantities of material. And the Court recognizes that defendant is currently strained by a number of other voluminous FOIA requests. But—be that as it may—the Court is deeply concerned about a proposed production schedule that may take decades to complete.

Hence, upon consideration of [22] the parties' proposed briefing schedules, and the entire record herein, it is hereby

**ORDERED** that defendant shall process at least 1,000 pages per month for April, May, and June 2015; it is further

**ORDERED** that the parties shall meet and confer by not later than April 30, 2015, in an effort to narrow plaintiffs' request and agree on a production schedule; it is further

**ORDERED** that the parties shall submit a joint (or, if necessary, individual) revised proposed production and briefing schedule by not later than May 21, 2015; and it is further

**ORDERED** that a status conference is **SCHEDULED** for June 4, 2015, at 9:30 a.m. in

Courtroom 30A.

**SO ORDERED.**


_____
/s/
JOHN D. BATES
United States District Judge


Dated:  March 23, 2015