UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRED SCHULTE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>Defendant. | Civil Action No. 14-887 (JDB) |

### ORDER

Upon consideration of [25] [27] the parties' proposed briefing schedules, the status conference held on June 4, 2015, and the entire record herein, it is hereby

**ORDERED** that defendant shall process at least 3,000 pages for July and August 2015; it is further

**ORDERED** that the parties shall meet and confer—in person—by not later than June 26, 2015, in an effort to narrow plaintiffs' request, discuss the possibility of defendant providing samples of different categories of documents to plaintiffs to aid that effort, and agree on a production schedule; it is further

**ORDERED** that the parties shall submit a joint (or, if necessary, individual) revised proposed production and briefing schedule by not later than July 8, 2015; and it is further

**ORDERED** that a status conference is **SCHEDULED** for July 15, 2015, at 9:30 a.m. in Courtroom 30A.

**SO ORDERED.**

2

/s/
JOHN D. BATES
United States District Judge

Dated: June 5, 2015