**Exhibit 1**

| Interim Response | Total Pages Processed | Pages Provided in Entirety | Pages Provided in Part | Pages Withheld in Entirety | Nonresponsive, Processed Pages | Bates Number Range |
|---|---|---|---|---|---|---|
| **First** Jan. 2015 | 1,144 | 1,144 | n/a | n/a | n/a | CMS0000001 - CMS0001144 |
| **Second** Mar. 2105 | 587 | 409 | 113 | 65 | n/a | CMS0001145 - CMS0001666 |
| **Third** Apr. 2015 | 1,001 | 154 | 64 | 783 | n/a | CMS0001667 – CMS0001884 |
| **Fourth** May 2105 | 1,000 | 663 | 288 | 49 | n/a | CMS0001885 – CMS0002834 |
| **Fifth** June 2015 | 1,001 | 67 | 934 | 67 | n/a | CMS0002835 – CMS0003835 |
| **Sixth** Aug. 2015 | 4,257 | 222 | 1,303 | 116 | n/a | CMS0003836 - CMS0005360 |
| **Seventh** Nov. 2015 | 3,136 | 803 | 27 | 1,425 | 868 | CMS0005361 - CMS0006203 |
| **Eighth** Jan. 2016 | 3,475 | 135 | n/a | n/a | 3,040 | CMS0006204 – CMS0006338 |
| **Ninth** March 2016 | 3,137 | n/a | n/a | n/a | n/a | CMS0006339 - CMS0009517 |
| **Tenth** May 2016 | TBD | TBD | TBD | TBD | TBD | CMS0009518 - TBD |