UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED SCHULTE AND CENTER FOR PUBLIC INTEGRITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 14-887 (JDB) |

## JOINT STATUS REPORT

Plaintiffs, Fred Schulte and the Center for Public Integrity, and Defendant, the U.S. Department of Health and Human Services (HHS), respectfully submit this Joint Status Report pursuant to the Court's September 15, 2016 Minute Order. As set forth in greater detail below, HHS has now processed and released all of the responsive records located to date. Plaintiffs, through their counsel, have taken issue with a referenced, but not produced "Briefing Paper" and the parties are currently conferring further in attempt to resolve this issue. Counsel for the parties agree that their resources would be most productively directed at this time toward continuing to work together to allow HHS to finalize its response to the Freedom of Information Act request, as related to this "Briefing Paper." Accordingly, the parties are not requesting entry of a briefing schedule at this time. Since the last Joint Status Report, submitted, on September 15, 2016 (ECF No. 34), the following has occurred.

1. In an October 21, 2016 letter, HHS addressed Plaintiffs' remaining objections (which had been communicated to HHS in an August 19, 2016 e-mail) concerning search and processing of agency records in response to the request.

2. In an October 26, 2016 e-mail, Plaintiffs relayed their continuing concern pertaining to a referenced, but not produced "Briefing Paper."

3. In a November 15, 2015 e-mail, HHS advised Plaintiffs of its planned actions to locate the "Briefing Paper" for review. HHS advised Plaintiffs that it is the sort of document that would have been is accessioned into storage at the Washington National Records Center for three year retention and that HHS is taking steps to retrieve it.

4. The parties do not request Court action at this time. They respectfully propose to file a joint status report by December 14, 2016.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

 /s/ *Peter Smith*
PETER SMITH
Center for Public Integrity
1910 17th Street N.W. 7th Floor
Washington, D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org