UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED SCHULTE AND CENTER FOR PUBLIC INTEGRITY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH & HUMAN SERVICES, )<br>)<br>Defendant. )<br>) | Civil Action No. 14-887 (JDB) |

## STIPULATION OF DISMISSAL

The Parties hereby stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side will bear its own fees and costs.

    Respectfully submitted,

    CHANNING D. PHILLIPS,
    D.C. Bar # 415793
    United States Attorney
       for the District of Columbia

    DANIEL F. VAN HORN,
    D.C. Bar # 924092
    Civil Chief

    */s/ Marina Utgoff Braswell*
    MARINA UTGOFF BRASWELL,
    D.C. BAR #416587
    Assistant United States Attorney
    U.S. Attorney's Office
    555 4th Street, N.W. – Civil Div.
    Washington, D.C. 20530
    (202) 252-2561
    Marina.Braswell@usdoj.gov

    *Counsel for Defendant*

/s/ *Peter Smith*
PETER SMITH
Center for Public Integrity
910 17th Street N.W. 7th Floor Washington,
D.C. 20006-2606
Tel: (202) 481-1239
psmith@publicintegrity.org

*Counsel for Plaintiffs*